# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 6, 2013

Lyle W. Cayce
Clerk

No. 11-40700

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

GUADALUPE PELAEZ-CORDOVA,

Defendant - Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:11-CR-256-1

Before DAVIS and JONES, Circuit Judges, and MILAZZO*, District Judge.

PER CURIAM:**

Guadalupe Pelaez-Cordova pled guilty to unlawful presence after deportation and was sentenced to 33 months imprisonment followed by two years of supervised release. He now challenges an enhancement to his sentence. Pelaez's claim is moot, however, because the prison term has been completed and Appellant has been deported. *See United States v. Rosenbaum-Alanis*, 483 F.3d 381, 383 (5th Cir. 2007); FED. R. CRIM. P. 43. Appeal is DISMISSED.

---

* District Judge of the Eastern District of Louisiana, sitting by designation.

** Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.